| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Agnes C Braxton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of MD | |
| Case number | 19-13674 |

Official Form 410S1

# Notice of Mortgage Payment Change                             12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 6 6

**Date of payment change:** Must be at least 21 days after date of this notice — 11/01/2020

**New total payment:** Principal, interest, and escrow, if any — $ 1,440.59

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 649.46       New escrow payment: $ 523.30

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Agnes C Braxton**              Case number (*if known*)  19-13674
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Richard Postiglione                Date  09/22/2020
Signature

Print:  **Richard Postiglione**                Title _____
First Name    Middle Name    Last Name

Company  **Friedman Vartolo LLP**

Address  **1325 Franklin Avenue, Suite 230**
Number    Street
**Garden City, NY 11530**
City        State    ZIP Code

Contact phone  (212) 471-5100        Email  bankruptcy@friedmanvartolo.com



Planet Home Lending
WE'LL GET YOU HOME
Doing business as Planet Home Servicing in the state of New York
321 Research Pkwy, Ste 303
Meriden, CT 06450

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

Analysis Date: 09/11/20
Loan Number:

Borrower Name: AGNES CECELIA BRAXTON

Customer Service: 1-866-882-8187

Visit Our Website at: www.planethomelending.com
Email: cs@myloansupport.com

000007
AGNES CECELIA BRAXTON
4313 BRIGGS CHANEY RD
BELTSVILLE MD 20705

Planet Home Lending has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

1. What is the amount of my new monthly payment starting November 01, 2020?

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $917.29 | $917.29 | $0.00 |
| Escrow | 649.46 | 523.30 | -126.16 |
| Shortage/Surplus | -101.19 | 0.00 | 101.19 |
| Total Monthly Payment | $1,465.56 | $1,440.59 | -$24.97 |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in November to reflect the new payment listed above. If you are currently set up on automatic payments with Planet Home Lending, your November payment will automatically be adjusted to include the above escrow amount(s).

- *If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and interest portion of you payment.*

2. What are the most common reasons that my escrow payment may change from year to year?

A. **Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet Home Lending expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| COUNTY | $5,284.50 | $5,382.59 | $98.09 |
| HOMEOWNERS | $2,508.96 | $897.00 | -$1,611.96 |
| Total Annual Escrow Payments | $7,793.46 | $6,279.59 | -$1,513.87 |
| Monthly Escrow Payments | $649.46 | $523.30 | -$126.16 |

B. **Repayment of Escrow Shortage or Surplus** - According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $1,046.60 in December. This means you will have a *surplus* of $3,556.53 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| -$7,297.41 | minus | $1,046.60 | equals | $3,556.53 |

**ESCROW SURPLUS SUMMARY**

Loan Number:

**Name:** AGNES CECELIA BRAXTON

Surplus Amount: $3,556.53

If your loan is current, a check for the surplus amount will follow under separate cover. If you have any questions, please contact our Customer Service Department at 1-866-882-8187.



Planet Home Lending
WE'LL GET YOU HOME
Doing business as Planet Home Servicing in the state of New York
321 Research Pkwy, Ste 303
Meriden CT 06450

**NEW PAYMENT EFFECTIVE DATE: November 01, 2020**

## COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in ei her the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation please call our toll-free number.

Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| **Beginning Balance** | | | | $2,725.84 | -$5,618.17 |
| November | 523.30 | 0.00 | | 3,249.14 | -5,094.87 |
| December | 523.30 | 2,725.84 | COUNTY | 1,046.60 | -7,297.41 |
| January | 523.30 | 0.00 | | 1,569.90 | -6,774.11 |
| February | 523.30 | 0.00 | | 2,093.20 | -6,250.81 |
| March | 523.30 | 0.00 | | 2,616.50 | -5,727 51 |
| April | 523.30 | 0.00 | | 3,139.80 | -5,204.21 |
| May | 523.30 | 897.00 | HOMEOWNERS | 2,766.10 | -5,577 91 |
| June | 523.30 | 0.00 | | 3,289.40 | -5,054 61 |
| July | 523.30 | 0.00 | | 3,812.70 | -4,531 31 |
| August | 523.30 | 0.00 | | 4,336.00 | -4,008.01 |
| September | 523.30 | 2,656.75 | COUNTY | 2,202.55 | -6,141.46 |
| October | 523.30 | 0.00 | | 2,725.85 | -5,618.16 |

**Low Balance used to determine escrow overage or shortage.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| **Beginning Balance** | | | | -$12,803.61 |
| December | 0 02 * | 2,725 84 * | COUNTY | -15,529.43 |
| December | 0 00 | 0 00 * | HOMEOWNERS | -15,529.43 |
| December | 0 00 | 206 23 * | HAZARD INS | -15,735.66 |
| January | 0 00 * | 0 00 * | HOMEOWNERS | -15,735.66 |
| January | 0 00 | 209 08 * | HOMEOWNERS | -15,944.74 |
| February | 0 00 * | 0 00 * | HOMEOWNERS | -15,944.74 |
| March | 2,496 67 * | 0 00 * | HOMEOWNERS | -13,448.07 |
| March | 0 00 | 401 56 * | HOMEOWNERS | -13,849.63 |
| April | 649 54 * | 0 00 * | HOMEOWNERS | -13,200.09 |
| April | 0 00 | 209 08 * | HOMEOWNERS | -13,409.17 |
| May | 0 04 * | 897 00 * | HOMEOWNERS | -14,306.13 |
| June | 0 04 * | 0 00 * | HOMEOWNERS | -14,306.09 |
| June | 0 00 | 185 61 * | HOMEOWNERS | -14,491.70 |
| July | 0 02 * | 0 00 * | HOMEOWNERS | -14,491.68 |
| August | 1,096 58 * | 0 00 * | HOMEOWNERS | -13,395.10 |
| September | 9,784 22 E | 2,656.75 E | COUNTY | -6,267.63 |
| September | 0 00 | 0 00 * | HOMEOWNERS | -6,267.63 |
| October | 649.46 E | 0 00 E | HOMEOWNERS | -5,618.17 |

ATTENTION TO ANY DEBTOR N BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This document is being sent for compliance and/or informational purposes only and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this letter constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Creditor retains its rights under its security instrument, including the right to foreclose its lien.

Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

---------------------------------------------------------------X
:
IN RE:                                          :   CASE NO.: 19-13674
:
Agnes C Braxton,                                :   CHAPTER: 13
:
:   HON. JUDGE.: Thomas J. Catliota
Debtor.                                         :
:
:
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Richard Postiglione, certify that on September 22, 2020 I caused to be served a true copy of the annexed **NOTICE OF MORTGAGE PAYMENT CHANGE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

    By: /s/Richard Postiglione
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## S<small>ERVICE</small> L<small>IST</small>

Agnes C Braxton
4313 Briggs Chaney Rd
Beltsville, MD 20705
***Debtor***

Teresa Cho Edwards
Law Offices of Teresa Cho Edwards
8811 Lottsford Rd #334
LARGO, MD 20774
***Debtor's Attorney***

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
***Trustee***